# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROQUE "ROCKY" DE LA FUENTE, Candidate for President of the United States; JILL STEIN, Candidate for President of the United States; JONI ALANE LEVINESS; MAIGAN UNDERWOOD; and RACHEL C. JACKSON;<br><br>    Plaintiffs,<br><br>-vs-<br><br>PAUL ZIRIAX, Secretary of the Oklahoma State Election Board; and the OKLAHOMA STATE ELECTION BOARD;<br><br>    Defendants. | Case No. CIV-16-0914-F |

## ORDER

On August 9, 2016, plaintiffs filed a complaint which includes a request for preliminary injunctive relief. Doc. no. 1. The purpose of this order is to advise that no request for a preliminary injunction will be taken up by the court, and no hearing will be set, by virtue of the filing of the complaint alone. If plaintiffs intend to press a request for preliminary injunctive relief, plaintiffs are required to file a separate motion, along with a supporting brief, and to otherwise comply with Rule 65, Fed.R.Civ.P. If plaintiffs seek a hearing on such a motion, that request shall also be

set out in the motion. Upon review of any motion which may be filed, the court will establish procedures for hearing or otherwise determining the motion.

Dated this 10th day of August, 2016.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

16-0914p001.wpd