# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROQUE "ROCKY" DE LA FUENTE, Candidate for President of the United States, et al., </br></br>  Plaintiffs, </br></br> -vs- </br></br> PAUL ZIRIAX, Secretary of the State Election Board, et al., </br></br>  Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. CIV-16-0914-F |

## JUDGMENT

Judgment is entered in accordance with the court's order of today's date, dismissing this action. As plaintiff has conceded that the Oklahoma State Election Board enjoys eleventh amendment immunity, today's order dismisses the Board from this action, without prejudice. The order dismisses claims alleged against Paul Ziriax, Secretary of the Oklahoma State Election Board, with prejudice, for failure to state a claim.

Dated this 13th day of December, 2016.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

16-0914p003.wpd