FILED
United States Court of Appeals
Tenth Circuit

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

May 10, 2017

_____

Elisabeth A. Shumaker
Clerk of Court

| | |
|---|---|
| ROQUE "ROCKY" DE LA FUENTE, Candidate for President of the United States; JILL STEIN, Candidate for President of the United States; JONI ALANE LEVINESS; MAIGAN UNDERWOOD; RACHEL C. JACKSON,<br><br>    Plaintiffs - Appellants,<br><br>v.<br><br>PAUL ZIRIAX, Secretary of the State Election Board,<br><br>    Defendant - Appellee,<br><br>and<br><br>OKLAHOMA STATE ELECTION BOARD,<br><br>    Defendant. | No. 17-6010<br>(D.C. No. 5:16-CV-00914-F) |

_____

**ORDER**
_____

Upon consideration of the stipulation of the parties to voluntarily dismiss the captioned appeal, this appeal is dismissed. *See* Fed. R. App. P. 42(b).

Each party will bear their own costs on appeal. A copy of this order will stand as the mandate of the court.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk