**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker                                                           Chris Wolpert
Clerk of Court                     May 10, 2017                          Chief Deputy Clerk

Mr. James Carter Linger
Butler & Linger
1710 S. Boston Avenue
Tulsa, OK 74119-4810

Ms. Carmelita Reeder Shinn
United States District Court for the Western District of Oklahoma
200 NW 4th Street
Oklahoma City, OK 73102

Mr. Martin Daniel Weitman
Office of the Attorney General for the State of Oklahoma
313 N.E. 21st Street
Oklahoma City, OK 73105

**RE:**   17-6010, De La Fuente, et al v. Ziriax, et al
         Dist/Ag docket: 5:16-CV-00914-F

Dear Counsel and Clerk:

Please be advised that the court issued an order today dismissing this case.

In addition, please be advised that the mandate for this case has issued today. The clerk of the originating court shall file it accordingly.

Please contact this office if you have questions.

                                                    Sincerely,

                                                    *Elisabeth A. Shumaker*

                                                    Elisabeth A. Shumaker
                                                    Clerk of the Court

EAS/klp